# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:

SHERYLE LEE LINEHAN
A/K/A SHERRY LINEHAN,
    Debtor.

Chapter 7

Case No. 09-11195-CSS

Motion No. 19

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. SECTION 362(d)(1)

Creditor, Chrysler Financial Services Americas LLC d/b/a Chrysler Financial f/k/a DaimlerChrysler Financial Services Americas LLC d/b/a Chrysler Financial, having moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay herein,

UPON reading and filing the Notice of Motion and Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. Section 362(d)(1), dated August 6, 2009, together with the exhibits annexed thereto and due proof of service thereof, and upon all pleadings and proceedings heretofore had herein, and no opposition having been interposed, and due deliberation having been had thereon and good and sufficient cause appearing

NOW, on motion of Chrysler Financial Services Americas LLC d/b/a Chrysler Financial f/k/a DaimlerChrysler Financial Services Americas LLC d/b/a Chrysler Financial, by its counsel, Kristi J. Doughty, Esq., it is hereby

ORDERED, that pursuant to 11 U.S.C. Section 362(d)(1) the Motion of creditor, Chrysler Financial Services Americas LLC d/b/a Chrysler Financial f/k/a DaimlerChrysler Financial Services Americas LLC d/b/a Chrysler Financial, for Relief from Automatic Stay is granted; and it is further

ORDERED, that the automatic stay instituted upon the filing of the petition for an Order for relief by the debtor, above named, be, and the same hereby is, terminated in that it shall not apply to any action by creditor, Chrysler Financial Services Americas LLC d/b/a Chrysler Financial f/k/a DaimlerChrysler Financial Services Americas LLC d/b/a Chrysler Financial, to recover possession and dispose of its collateral; namely, one (1) 2008 Dodge

Avenger (V.I.N. 1B3LC76M08N639356); and it is further

ORDERED, that all surplus monies, if any, obtained by Chrysler Financial Services Americas LLC d/b/a Chrysler Financial f/k/a DaimlerChrysler Financial Services Americas LLC d/b/a Chrysler Financial after liquidation of the collateral and satisfaction of its lien, shall be remitted to the Trustee.

DATED: Wilmington, Delaware
September 4, 2009

ENTER:

Hon. Christopher S. Sontchi
United States Bankruptcy Judge
District of Delaware